UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

**QUINTIN LARIOS**　　　　　　　　　　　　　Case Number 15-15051-RAM
**MARIA LARIOS**　　　　　　　　　　　　　　Chapter 7

　　　Debtors,
_____/

**LEAN CRESPO,**

　　　Plaintiff,

v.

**QUINTIN LARIOS and**　　　　　　　　　　Adv. Proc. No. 16-01014-RAM
**MARIA LARIOS**

　　　Defendants.
_____/

### DEFENDANTS' WITNESS AND EXHIBIT LIST

　　　Defendants, **QUINTIN LARIOS and MARIA LARIOS**, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure hereby make the following disclosures:

A. 26(a)(2) – Expert Testimony

　　　Defendants will not call any expert for testimony. Defendants reserve the right to amend or supplement this disclosure.

B. 26(a)(3)(A)(i) and (ii)– Witness List

　　a. Maria Teresa Larios, 130 NW 56th Court, Miami, FL 33126 – (786) 299-1509

　　b. Quintin Larios, 130 NW 56th Court, Miami, FL 33126 – (786) 299-1507

　　c. Carmen Larios, 13302 SW 57 Court, Miami, FL 33156 - (305) 297-8795

　　d. Jorge Larios, 107 Mendoza Avenue, Apt. 206, Coral Gables, FL 33134

**Page 2 of 2.** *In re Larios, Quintin and Maria*
Main Case No. 15-15051-RAM
Adv. Proc. No. 16-01014-RAM

    e. Defendants reserve the right to amend or supplement this disclosure.

C. 26(a)(3)(A)(iii) – Exhibit List

    a. Exhibit A - Debtor's Bankruptcy Petition

    b. Defendants reserve the right to amend or supplement this disclosure.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via CM/ECF this 9th day of March 2017 to: Ricardo Corona, Esq., Counsel for Plaintiff, bk@coronapa.com.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way
Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.INFO
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542
/s/ Timothy S. Kingcade
X   Timothy S. Kingcade, Esq., FBN 082309
☐   Wendy Garcia, Esq., FBN 0865478
☐   Jessica L. McMaken, Esq., FBN 580163