UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:  Case No.: 15-15051-RAM
Chapter 7

QUINTIN LARIOS
MARIA LARIOS

    Debtors,
_____/

WILLIAM GARAY,  Adversary No.: 16-01014-RAM

    Plaintiff,

vs.

QUINTIN LARIOS AND MARIA LARIOS,

    Defendants.
_____/

## PLAINTIFF'S EXHIBIT AND WITNESS LIST

Plaintiff, by and through the undersigned counsel, hereby files this Exhibit and Witness List and states the following:

| PRESIDING JUDGE Robert A Mark | | PLAINTIFF'S ATTORNEY Ricardo Corona, Esq. | | DEFENDANT'S ATTORNEY Timothy Kingcade, Esq. | | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) | | COURT REPORTER | | COURTROOM DEPUTY | | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1. | | | | | All documents filed in Bankruptcy Case No.: 15-15051-RAM | |
| 2. | | | | | 2004 Depositions conducted in Bankruptcy Case No.:15-15051-RAM | |
| 3. | | | | | Articles from the Miami Herald | |
| 4. | | | | | Sunbiz Corporation Records | |
| 5. | | | | | Property Records- Deeds, leases, documents evidencing | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | transfer of ownership. |
| 6. |  |  |  |  | All Exhibits listed by Defendants |
| 7. |  |  |  |  | Rebuttal evidence and Impeachment Evidence |
| 8. |  |  |  |  | Maria Teresa Larios, c/o Timothy Kingcade, Esq. |
| 9. |  |  |  |  | Quintin Larios, c/o Timothy Kingcade, Esq. |
| 10. |  |  |  |  | Jorge Larios, c/o Timothy Kingcade, Esq. |
| 11. |  |  |  |  | Carmen Larios, c/o Timothy Kingcade, Esq. |
| 12. |  |  |  |  | Felipe A. Valls, Jr., 3663 SW 8TH STREET - THIRD FLOOR<br>MIAMI, FL 33135 |
| 13. |  |  |  |  | Nicole Valls, 3663 SW 8TH STREET - THIRD FLOOR MIAMI, FL 33135 |
| 14. |  |  |  |  | Jeanette Valls-Edwards, 3663 SW 8TH STREET - THIRD FLOOR<br>MIAMI, FL 33135 |
| 15. |  |  |  |  | Dolores Aleman, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 16. |  |  |  |  | Jesus Armestro, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 17. |  |  |  |  | Jesus Castro, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 18. |  |  |  |  | Yosbell Diaz, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 19. |  |  |  |  | Evert Dorta, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 20. |  |  |  |  | Nelson Espinoza, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 21. |  |  |  |  | Ernesto Evora, c/o Corona Law Firm, P.A., 3899 NW 7th |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Street, Miami, FL 33126 |
| 22. | | | | | Jose Fernandez, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 23. | | | | | Isela Fiestas, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 24. | | | | | Dalia Freijo, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 25. | | | | | William Garay, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 26. | | | | | Antonio Garcia, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 27. | | | | | Guillermo Gonzalez, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 28. | | | | | Luis Gonzalez, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 29. | | | | | Adolfo Guerrero, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 30. | | | | | Alfonso Guzman, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 31. | | | | | Jorge Hung, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 32. | | | | | Miguel Infante, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 33. | | | | | Merlyn Izquierdo, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 34. | | | | | Maira Del Carmen Jaime, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 35. | | | | | Victor Jimenez, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 36. | | | | | Daniel Lopez, c/o Corona Law Firm, P.A., 3899 NW 7th |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Street, Miami, FL 33126 |
| 37. | | | | | Franklin Mariduena, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 38. | | | | | Leonardo Matos, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 39. | | | | | Catalino Miranda, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 40. | | | | | Jose Moreno, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 41. | | | | | Alejandro Muniz, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 42. | | | | | Miguel Norcisa, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 43. | | | | | Yohan Ojito, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 44. | | | | | Jesus Pardo Guerra, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 45. | | | | | Guillermo Perez, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 46. | | | | | Osmany Pontigo, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 47. | | | | | Orlando Rivera, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 48. | | | | | Roque Sancan, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 49. | | | | | Diosdado Sanchez, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 50. | | | | | Jose Soler Gongora, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 51. | | | | | Tomas Yzquierdo, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |

| | | | | | |
|---|---|---|---|---|---|
| 52. | | | | | Gonzalo Zuleta, c/o Corona Law Firm, P.A., 3899 NW 7th Street, Miami, FL 33126 |
| 53. | | | | | Accountant for Sunset Restaurant Group, Inc. |
| 54. | | | | | Attorney or agent which effectuated transfer of lease from Casa Larios to CasaCuba Restaurant. (Contact Information Unknown at this time) |
| 55. | | | | | Any and all witness listed by Defendants. |
| 56. | | | | | Rebuttal Witnesses and Impeachment Witnesses |

Respectfully submitted,

**CORONA LAW FIRM, P.A.**
3899 NW 7th Street, Second Floor
Miami, FL 33126
(305)547-1234 – Telephone
(305)266-1151 – Facsimile
Primary Email: amorgado@coronapa.com
2nd Email: crm@coronapa.com

**By:    /s/ Allyson Morgado, Esq.**
Ricardo Corona, Esq.,
FBN 111333
Allyson Morgado, Esq.
FL Bar No.: 91506

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record.

 **/s/ Allyson Morgado**
Allyson Morgado

**CERTIFICATE 9011-4(B)(1)**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                              **/s/ Allyson Morgado**
                                                Allyson Morgado