UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                                                          Case No.: 15-15051-RAM
                                                                                Chapter 7
QUINTIN LARIOS
MARIA LARIOS

        Debtors,
_____/

WILLIAM GARAY,                                                  Adversary No.: 16-01014-RAM

        Plaintiff,

vs.

QUINTIN LARIOS AND MARIA LARIOS,

        Defendants.
_____/

## JOINT PRETRIAL STIPULATIONS

In accordance with the Order Setting Filing and Disclosure Requirements for Pretrial and Trial, Plaintiff, WILLIAM GARAY, and Defendants, QUINTIN LARIOS and MARIA LARIOS, stipulate that the following facts are admitted and require no proof at trial:

    1.    Plaintiff brings this adversary proceeding brought under Fed. R. Bankr. P. 7001, *et. seq.*, a cause of action seeking the denial of the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(2) through § 727(a)(5).

    2.    This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§1334 and 157(b).

    3.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I) and 28 U.S.C. § 157(b)(2)(J), and is filed under Fed.R.Bankr.P. 7001(4).

4.  Venue is proper in this Court pursuant to 28 U.S.C. § 1408(1) and 28 U.S.C. § 1409(a).

5.  The Plaintiff is an individual, *sui juris*, with a domicile and residence located in Miami-Dade County, Florida.

6.  The Defendant, QUINTIN LARIOS, is an individual, sui juris, with a domicile and residence located in Miami-Dade County, Florida.

7.  The Defendant, MARIA LARIOS, is an individual, sui juris, with a domicile and residence located in Miami-Dade County, Florida.

8.  Until January of 2015, the Defendants owned and operated well known restaurants, Casa Larios. The Defendants owned and operated a Casa Larios Restaurant on Flagler Drive in the unincorporated portion of Miami-Dade County and one in South Miami.

9.  On March 20, 2015, the Defendants filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Code").

10. The §341 Meeting of Creditors in connection with this case was held and concluded on April 17, 2015 (the "341 Meeting").

11. On September 10, 2015, the Defendants appeared for a Rule 2004 Examination (the "2004 Examination") conducted by counsel for the Chapter 7 Trustee.

12. Said examination was also cross-noticed and conducted by counsel for the Plaintiff.

13. On December 15, 2015, the Court entered an Order (ECF 133) extending the deadlines for the Plaintiff to file this complaint up to and through January 8, 2016.

14. On the Defendants' Schedule I of the bankruptcy petition (ECF 1), Defendants declare, under penalty of perjury, that the only source of income available to each Defendant is

social security. Further, on the Defendants' Chapter 7 Statement of Currently Monthly Income, Form 22A-1 (ECF 3), the Debtors do not indicate any other source(s) of income.

15. Besides the Defendants homestead residence in Miami, Florida, the Defendants owned a vacation home in North Carolina. Said property was encumbered by a mortgage held by BB&T.

16. Defendants surrendered any interest in this property in their Chapter 7 Statement of Intention (ECF 1).

We, Allyson Morgado, Esq., attorney for Plaintiff and Timothy S. Kingcade, Esq., attorney for Defendants, certify that we have met to discuss settlement and that a good faith settlement attempt has been made.

STIPULATED AND AGREED TO BY:

| By: __/s/ Allyson Morgado, Esq.___<br>Ricardo Corona, Esq.,<br>FBN 111333<br>Allyson Morgado, Esq.<br>FBN.: 91506<br>CORONA LAW FIRM, P.A.<br>3899 NW 7th Street, Second Floor<br>Miami, FL 33126<br>(305)547-1234 – Telephone<br>(305)266-1151 – Facsimile<br>amorgado@coronapa.com<br>crm@coronapa.com | **KINGCADE & GARCIA, P.A**<br>Counsel for the Debtors<br>Kingcade Building<br>1370 Coral Way<br>Miami, Florida 33145-2960<br>WWW.MIAMIBANKRUPTCY.INFO<br>Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542<br>/s/ Timothy S. Kingcade<br>X  Timothy S. Kingcade, Esq., FBN 082309<br>☐  Wendy Garcia, Esq., FBN 0865478<br>☐  Jessica L. McMaken, Esq., FBN 580163 |