

ORDERED in the Southern District of Florida on July 13, 2017.

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 15-15051 |
| | Chapter 7 |
| Quintin Larios and Maria Larios, | |
|       Debtors          / | |
| William Garay, | |
|       Plaintiff | |
| vs. | Adversary Proceeding No. 16-01014 |
| Quintin Larios and Maria Larios, | |
|       Defendants   / | |

### ORDER RESETTING PRETRIAL CONFERENCE

The Court conducted a hearing on July 13, 2017. For the reasons stated on the record at the hearing, which are incorporated here by reference, it is

**ORDERED** as follows:

1. The pretrial conference of this adversary proceeding is rescheduled to October 5, 2017, at 10:30 a.m. The pretrial conference will be conducted at the U.S.

Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, Florida 33128.

      2.      The trial date will be set at the pretrial conference.

      3.      The parties shall comply with the requirements set forth in the initial Order Setting Filing and Disclosure Requirements for Pretrial and Trial [DE #3]. The time deadlines in the Order, as they relate to the Pretrial Conference, shall refer to the rescheduled date.

###

COPIES FURNISHED TO:

Ricardo Corona, Esq.
Timothy Kingcade, Esq.