ORDERED in the Southern District of Florida on Sept. 27, 2017



Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA MIAMI
DIVISION
www.flsb.uscourts.gov

IN RE:                                                  CASE NO.: 15-15051-RAM
QUINTIN LARIOS                        Chapter 7
MARIA LARIOS,

    Debtors.
_____/

WILLIAM GARAY,                       ADV. NO.: 16-01014-RAM

    Plaintiff,

vs.

QUINTIN LARIOS AND MARIA LARIOS,

    Defendants.
_____/

**ORDER GRANTING AGREED EX-PARTE MOTION TO CONTINUE THE PRE-TRIAL CONFERENCE SCHEDULED FOR OCTOBER 5, 2017, AND TO EXTEND THE DEADLINE FOR MEDIATION, DE 55 and DE 56**

THIS MATTER came before the Court without a hearing upon Plaintiff and Defendants' Agreed Ex-Parte Motion to Continue the Pre-Trial Conference Scheduled for October 5, 2017, and to Extend the Deadline for Mediation, DE . With the Court having reviewed the Motion, being advised that the Parties

consent to the relief requested therein, and having determined that good causes exists to grant the Motion,

it is

ORDERED as follows:

1. The Motion is **GRANTED**. presently scheduled for Oct. 5, 2017 is continued.
2. The Pre-Trial Conference ~~is hereby continued for an additional 45 day~~s.
3. The date for the Pre-Trial Conference is scheduled for December 14, 2017 at 10:30 a.m. at the C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4 (RAM), Miami, FL 33128.
4. The deadline for completing mediation is extended to ~~thirty (30) days~~. December 1, 2017.

### ###

Submitted by:

Ricardo Corona, Esq.
CORONA LAW FIRM. P.A.
3899 NW 7th Street, Ste 202
Miami, Florida 33126
Tel.: (305) 266-1150

Copies to:
Ricardo Corona, Esq.
[Attorney Corona is hereby directed to furnished a conformed copy hereof to all parties in interest immediately upon receipt]