**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

QUINTIN LARIOS
MARIA LARIOS
    Debtors.
_____/

Case No. 15-15051-RAM
Chapter 7

LEAN CRESPO,
    Plaintiff,

v.

QUINTIN LARIOS AND MARIA LARIOS
    Defendants.
_____/

Adv. Proc. No 16-01014-RAM

**NOTICE OF MEDIATION CONFERENCE**

PLEASE TAKE NOTICE that a Mediation conference has been scheduled with Florida Supreme Court Certified Mediator Anthony A. Roca, Esq. for the date and time which appears below:

**DATE & TIME:** Thursday, November 30th, 2017 at 2:00 PM
(Please be on-time, as billing will start at the time scheduled; a failure to appear will result in the billing of the non-attending party)

**LOCATION:** The Roca Law Firm, P.A., 1400 NW 107th Ave, Suite 209, Miami, FL 33172
Tel. (305) 771-3529

Dated: November 17, 2017

Anthony A. Roca, Esq.
Supreme Court Certified Mediator
1400 NW 107th Ave, Suite 209
Miami, FL 33172-2746
Office 305.771.3529
Fax 305.709.0585

By: /s/ Anthony A. Roca
ANTHONY A. ROCA, ESQ.
Mediator Number: 23849 FR

Copies to:
- Ricardo Corona, Esq.
- Timothy S. Kingcade, Esq.