## UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

In re:

|  |  |
|---|---|
| | Case No. 15-15051-RAM |
| QUINTIN LARIOS | Chapter 7 |
| MARIA LARIOS | |
|      Debtors. | |

_____/

LEAN CRESPO,
     Plaintiff,                         Adv. Proc. No  16-01014-RAM

v.

QUINTIN LARIOS AND MARIA LARIOS
     Defendants.

_____/

### REPORT OF MEDIATOR

The undersigned court-appointed mediator, reports to the court as follows:

    A.    A mediation conference was conducted on November 30th, 2017.

    B.    The conference was adjourned to February 1st, 2018 and March 29th, 2018.

    C.    The conference resulted in the following:

**The parties reached an IMPASSE.**

<u>Attendance:</u>

Parties and all Counsel present

Dated: April 18, 2018

Anthony A. Roca, Esq.
Supreme Court Certified Mediator
1400 NW 107th Ave, Suite 209
Miami, FL 33172-2746
Office 305.771.3529
Fax 305.709.0585

By:  /s/ Anthony A. Roca
ANTHONY A. ROCA, ESQ.
Mediator Number: 23849 FR

Copies to:
- Ricardo Corona, Esq.
- Timothy S. Kingcade, Esq.