

**ORDERED in the Southern District of Florida on April 23, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO. 15-15051-RAM |
| | CHAPTER 7 |
| QUINTIN LARIOS and MARIA LARIOS, | |
| Debtors. | |
| | |
| WILLIAM GARAY, | |
| Plaintiff. | ADV. NO. 16-1014-RAM |
| VS. | |
| QUINTIN LARIOS and MARIA LARIOS, | |
| Defendants. | |

**ORDER SETTING TRIAL**

As announced at a hearing on April 12, 2018, mediation failed and this proceeding is ready for trial. Therefore, it is –

**ORDERED** as follows:

1. The Trial of this adversary proceeding will begin on **June 20, 2018** at **9:30 a.m.**, at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, Florida 33128. The trial will continue, if necessary, on **June 21, 2018**, at **1:30 p.m.**

2. Discovery will remain open until May 14, 2018.

3. By June 6, 2018, each party shall:

A. File and Serve (I) an Exhibit Register conforming to Local Form 49; and (II) a witness list that includes a brief statement summarizing the testimony each witness is expected to present;

B. Deliver to the opposing party and deliver to the Court's chambers (but not file) a set of pre-marked exhibits intended to be offered as evidence at the trial. The exhibits shall be bound in one or more notebooks or contained in one or more folders, with tabs marking each exhibit, and shall be accompanied by an Exhibit Register conforming to Local Form 49. Exhibits tendered by the Plaintiff shall be marked numerically, and exhibits tendered by the Defendant shall be marked alphabetically. Absent extraordinary circumstances, the Court will not consider exhibits or the testimony of any witnesses not listed on a timely witness list or Exhibit Register;

        C.    The parties are encouraged to create an electronic set of exhibits and to exchange thumb drives instead of hard copies.  If a thumb drive with the exhibits is provided to opposing counsel, there is no need to also provide a hard copy to opposing counsel.  Even if a party creates an electronic set of exhibits on a thumb drive, one hard-copy set must still be delivered to the Court's chambers as required in subparagraph B. above; and

        D.    If a party brings to court a thumb drive or a laptop that will display exhibits, the party is excused from bringing an extra set of hard-copy exhibits for the witness.  However, the party must ensure the electronically-stored exhibits will display on the courtroom screens by contacting the Court's chambers and making arrangements to test their thumb drive or laptop in the courtroom, at least <u>one</u> day prior to trial.

4.    By <u>June 13, 2018</u>, each side shall file and serve any objections to the admissibility of any exhibits listed by the other party, stating the grounds for the objection.

###

COPIES FURNISHED TO:

Ricardo Corona, Esq.
Timothy Kingcade, Esq.