

**ORDERED in the Southern District of Florida on June 7, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA  MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                            CASE NO.:  15-15051-RAM
QUINTIN LARIOS                                        Chapter 7
MARIA LARIOS,

    Debtors.
_____/

WILLIAM GARAY,                                    ADV. NO.: 16-01014-RAM

    Plaintiff,

vs.

QUINTIN LARIOS AND MARIA LARIOS,

    Defendants.
_____/

### ORDER GRANTING JOINT EX-PARTE MOTION TO THE DEADLINES TO PROVIDE THE EXHIBIT REGISTER, WITNESS LIST, AND OBJECTIONS TO ADMISSIBILITY AS PROVIDED IN ORDER SETTING TRIAL, DE 76

THIS MATTER came before the Court without a hearing upon Plaintiff and Defendants' Joint Ex-Parte Motion to Extend the Deadlines to Provide the Exhibit Register, Witness List, Objections to Admissibility as Provided in Order Setting Trial, DE 76..  With the Court having reviewed the Motion,

being advised that the Parties consent to the relief requested therein, and having determined that good causes exists to grant the Motion, it is

ORDERED as follows:

1. The Motion is **GRANTED**.

2. The deadline of June 6, 2018, is extended to June 13, 2018, for the filing and serving of exhibit register, the witness list, and the pre-marked exhibits.

3. The deadline of June 13, 2018, is extended to June 18, 2018, to file and serve any objections to the admissibility of any exhibits listed by the other party and stating grounds.

###

Submitted by:

Ricardo Corona, Esq.
CORONA LAW FIRM. P.A.
3899 NW 7th Street, Ste 202
Miami, Florida 33126
Tel.: (305) 547-1234


Copies to:
Ricardo Corona, Esq.
Attorney Corona is hereby directed to furnished a conformed copy
hereof to all parties in interest immediately upon receipt