## BK Calendar

**From:** America Alvarez [aalvarez@coronapa.com]
**Sent:** Wednesday, May 2, 2018 6:05 PM
**To:** 'Kristina Gonzalez'
**Subject:** Adv. Case 16-01014-RAM Garay v. Larios
**Attachments:** Notice of Intent.pdf; Subpoena.pdf

Attached is a copy of Notice of Intent and Subpoena.

Thanks,

*America Alvarez, Esq.*
**CORONA LAW FIRM, P.A.**
3899 N.W. 7TH Street
Miami, FL 33126
Tel: (305)547-1234
Fax: (888)554-5607
Email: aalvarez@coronapa.com

1

Exhibit "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:
QUINTIN LARIOS
MARIA LARIOS,

    Debtors.
_____/

CASE NO.: 15-15051-RAM
Chapter 7

WILLIAM GARAY,

    Plaintiff,

vs.

QUINTIN LARIOS AND MARIA LARIOS,

    Defendants.
_____/

ADV. NO.: 16-01014-RAM

## PLAINTIFF'S NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM WITHOUT DEPOSITION ON NON-PARTIES

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedures 45, The Plaintiff has issued the attached subpoena duces tecum directed to: SOMA Corporation – Record Custodian for immediate service on said non-parties and said subpoenas to be responded to within the time frame set forth.

Dated: May 2, 2018

By: /s/ Ricardo Corona
Ricardo Corona, Esq.

## CERTIFICATE OF SERVICE

I certify that a true copy of the above were served via US mail upon all parties on the attached Matrix and also to all others set forth in the NEF on this 2nd day of May 2018.

        CORONA LAW FIRM, P.A.
        /s/ Ricardo Corona, Esq.
        RICARDO CORONA, ESQ.
        Florida Bar No.: 111333
        3899 NW 7 Street, Suite 202-B
        Miami, FL 33126
        Tel: (305) 266-1150
        Fax: (888) 554-5607
        e-mail: bk@coronapa.com