## BK Calendar

**From:** Ricardo Corona [rcorona@coronapa.com]
**Sent:** Thursday, June 7, 2018 12:53 PM
**To:** 'America Alvarez'
**Subject:** FW: Larios Matter
**Attachments:** U.S. Brankruptcy Court Subpoena.pdf

---

**From:** Cody German <Cody.German@csklegal.com>
**Sent:** Thursday, June 7, 2018 11:52 AM
**To:** rcorona@coronapa.com
**Subject:** Larios Matter

Mr. Corona,

I am counsel for the landlord at this property who received your attached subpoena. My client was out of town so we apologize for the delay. Can you agree to provide me 2 weeks to obtain these docs?

Please contact me with any questions.

Cody



**Cody German, Esq.**

Cody.German@csklegal.com
Tel: 786-268-6415 | Fax: 305-373-2294
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400 | Miami, Florida 33156

www.csklegal.com






Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.

1

*Exhibit "C"*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA MIAMI
DIVISION
www.flsb.uscourts.gov

IN RE:  
QUINTIN LARIOS  
MARIA LARIOS,

CASE NO.: 15-15051-RAM  
Chapter 7

    Debtors.
_____/

WILLIAM GARAY,

ADV. NO.: 16-01014-RAM

    Plaintiff,

vs.

QUINTIN LARIOS AND MARIA LARIOS,

    Defendants.
_____/

**ORDER GRANTING EMERGENCY MOTION TO COMPEL RESPONSE TO SUBPOENA AND GRANTING MOTION TO EXTEND DISCOVERY DEADLINE AND CONTINUE TRIAL**

THIS MATTER came before the Court upon Plaintiff's Emergency Motion to Compel Response to Subpoena and Motion to Continue Trial   With the Court having reviewed the Motion, being advised that the Parties consent to the relief requested therein, and having determined that good causes exists to grant the Motion, it is

ORDERED as follows:

1. The Motion is hereby **GRANTED**.
2. Non-party SOMA CORPORATION should respond to the subpoena by June 20, 2018, objections waived.
3. Discovery deadline is extended to June 20, 2018.
4. The trial is continued to _____.

###

Submitted by:

Ricardo Corona, Esq.
CORONA LAW FIRM. P.A.
3899 NW 7th Street, Ste 202
Miami, Florida 33126
Tel.: (305) 547-1234


Copies to:
Ricardo Corona, Esq.
Attorney Corona is hereby directed to furnished a conformed copy hereof to all parties in interest immediately upon receipt

## BK Calendar

| | |
|---|---|
| From: | Cody German [Cody.German@csklegal.com] |
| Sent: | Monday, June 11, 2018 6:24 PM |
| To: | America Alvarez |
| Cc: | Yvonne Orosa |
| Subject: | Re: Larios Matter |

As I non party I don't believe I have standing to take a position but I don't object to the relief requested.

Sincerely,

Cody German



**Cody German, Esq.**

Cody.German@csklegal.com
Tel: 786-268-6415 | Fax: 305-373-2294
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400 | Miami, Florida 33156

www.csklegal.com







On Jun 11, 2018, at 6:12 PM, America Alvarez <aalvarez@coronapa.com> wrote:

> I apologize. I do not know why they did not attach.
>
> *America Alvarez, Esq.*
> **CORONA LAW FIRM, P.A.**
> 3899 N.W. 7TH Street
> Miami, FL 33126
> Tel: (305)547-1234
> Fax: (888)554-5607
> Email: aalvarez@coronapa.com
>
> **From:** Cody German [mailto:Cody.German@csklegal.com]
> **Sent:** Monday, June 11, 2018 6:04 PM
> **To:** America Alvarez

1

the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.

\<Order Granting Motion Compel, Extend & Continue.pdf\>

\<Motion to Compel, Extend, Continue.pdf\>

3