Form CGFCRD3  (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15–15051–RAM                                     Adversary Number: 16–01014–RAM

In re:
 Name of Debtor(s):  Quintin Larios and Maria Larios
 ––––––––––––––––––––––––––––––––––––––––––––––––/

**William Garay**
Plaintiff(s)

**VS.**

**Quintin Larios and Maria Larios**
Defendant(s)
 ––––––––––––––––––––––––––––––––––––––––––––––––/


## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **June 20, 2018** at **10:00 AM** at the following location:

**C. Clyde Atkins U.S. Courthouse
301 North Miami Avenue
Courtroom 4
Miami FL 33128**

to consider the following:

**[81] Emergency Motion to Compel Response To Subpoena, Motion to Continue Trial Scheduled For June 20, 2018 On: [(1 Complaint)], And Motion to Extend Discovery Deadline Nunc Pro Tunc Filed by Plaintiff William Garay**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: 6/12/18**                                                    **CLERK OF COURT**
                                                                    By: Jacqueline Antillon
                                                                    Courtroom Deputy