# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVSION

IN RE:

QUINTIN LARIOS                                              CASE NO.: 15-15051-RAM
MARIA LARIOS,                                               CHAPTER 7

     Debtors,
_____/

WILLIAM GARAY,

     Plaintiff,

v.                                                          ADV. NO.: 16-01014-RAM

QUINTIN LARIOS and
MARIA LARIOS,

     Defendants.
_____/

## RESPONSE IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL BETTER RESPONSES TO SUBPOENA, DE 95 AND COURT ORDER, DE 103 EXTEND THE DISCOVERY DEADLINE

**COMES NOW,** non-party, Sunset Restaurant Group, Inc. ("Sunset Group"), by and through undersigned counsel, and submits its Response in Opposition to Plaintiff's, WILLIAM GARAY ("Plaintiff") Motion to Compel Better Responses to Subpoena [D.E. 105], and in support thereof, states as follows:

1. The instant cause of action concerns the Plaintiff's objection to Debtors', Quintin Larios and Maria Larios, discharge pursuant to 11 U.S.C. § 727.

2. On July 16, 2018, Plaintiff served a Subpoena for documents upon Sunset Group.

3. On July 25, 2018, Sunset Group filed a Motion for Protective Order or in the Alternative to Quash Subpoena to Produce Documents. [D.E. 95].

2

4. On August 6, 2018, this Court entered an Order granting Sunset Group's Motion in Part and Denying the Motion in Part [D.E. 103]. The Order required Sunset Group to provide:

> "all documents, broadly defined to include, by way of example, agreements, communications, bills, receipts, bank statements, checks, and emails, that reflect any agreement between the Defendants, individually or through their company, Sunset Casa Larios, LLC, and **Felipe Valls, Jr.,** individually or through the through the corporate entities SRG or Reina Enterprises d/b/a La Fragua Restaurant . . . [and] any transfers from **Felipe Valls, Jr.,** individually or through the corporate entities SRG or Reina Enterprises d/b/a La Fragua Restaurant, to or for the benefit of the Defendants or Sunset Casa Larios, LLC, including without limitation any monies paid by or on behalf of **Felipe Valls, Jr.** to (i) Quintin Larios or Maria Larios, or (ii) creditors of Quintin Larios or Maria Larios, such as SOMA Corporation." (Emphasis added).

5. On August 20, 2018, pursuant to this Court's Order [D.E. 103], Sunset Group produced all documents in its control and possession to Plaintiff. No documents were produced regarding an alleged fifty thousand ($50,000.00) loan from Felipe Valls, Jr., because the loan was from Felipe Valls, Sr., not Felipe Valls, Jr.

6. Neither the Order nor Plaintiff's subpoena sought records regarding Felipe Valls, Sr., and as such Sunset Group did not produce any records from Felipe Valls, Sr.

7. At the August 2, 2018 hearing on Sunset Group's Motion for Protective Order [D.E. 95], the undersigned counsel informed Plaintiff's counsel that the $50,000 loan was not from Felipe Valls, Jr., but from Felipe Valls, Sr. At a meeting after the hearing, undersigned counsel again advised Plaintiff's counsel that the loan was from Felipe Valls, Sr and during a telephone call with opposing counsel again.

8. Despite this however, Plaintiff has filed a Motion to Compel Better Responses [D.E. 105] specifically requesting information regarding a $50,000 loan from Felipe Valls, Jr., that simply does not exist.

9.      Sunset Group cannot produce documents that do not exist. Thus, Plaintiff's Motion to Compel Better Responses should be denied.

**WHEREFORE**, Sunset Group, respectfully requests that this Court deny Plaintiff's Motion to Compel Better Responses, and for any further relief this Court deems just and proper.

Respectfully submitted,

BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.
*Attorneys for Sunset Restaurant Group, Inc.*
25 S.E. 2nd Avenue # 730
Miami, Florida   33131
Email: Moises T. Grayson@blaxgray.com
Email: Isabel.Colleran@blaxgray.com
Email: Lissette.Garcia@blaxgray.com
Email: LegalassistB@blaxgray.com

By: _/s/ Isabel V. Colleran_____
Isabel V. Colleran, Esq. FBN 450472
Moises T. Grayson, Esq. FBN 369519

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2018, a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and by U.S. Mail to the following:

| | |
|---|---|
| Ricardo Corona, Esq.<br>*Attorneys for William Garay, Plaintiff*<br>899 NW 7 St, Second Floor<br>Miami, FL 33126<br>Email: bk@coronapa.com | Timothy S. Kingcade, Esq<br>Attorneys for Quintin and Maria Larios, Defendants<br>1370 Coral Way<br>Miami, FL 33145<br>Email: scanner@miamibankruptcy.com |
| Maria Yip<br>*Chapter 7 Trustee*<br>2 S. Biscayne Blvd #2690<br>Miami, FL  33131<br>trustee@yipcpa.com | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov |

          By: _/ s/ Isabel V. Colleran_____
          Isabel V Colleran, Esq. FBN 450472
          Moises T Grayson, Esq. FBN 369519