UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVSION

IN RE:

QUINTIN LARIOS
MARIA LARIOS,

    Debtors,
_____/

WILLIAM GARAY,

    Plaintiff,

v.

QUINTIN LARIOS and
MARIA LARIOS,

    Defendants.
_____/

CASE NO.: 15-15051-RAM
CHAPTER 7

ADV. NO.: 16-01014-RAM

## NOTICE OF COMPLIANCE WITH COURT ORDER

Non-party, Sunset Restaurant Group, hereby gives notice that it has served a copy of the check from Felipe Valls Sr., on the Plaintiff's counsel, thereby complying with the Court's Order dated September 14, 2018 [ECF 111], requiring Sunset Restaurant Group to produce the check from Felipe Valls, Sr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail and/or e-mail, as applicable, pursuant to Rule 2.516, Fla. R .Jud. Admin on this 21st day of September 2018 to:

    Respectfully submitted,

    BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.
    *Attorneys for Sunset Restaurant Group, Inc.*
    25 S.E. 2nd Avenue # 730
    Miami, Florida  33131
    Email: Moises T. Grayson@blaxgray.com

O/MTG-Valls -Lario–Notice of Compliance with Court Order
1512

Email: Isabel.Colleran@blaxgray.com
Email: Lissette.Garcia@blaxgray.com
Email: LegalassistB@blaxgray.com

By: /s/ Isabel V. Colleran
Isabel V. Colleran, Esq. FBN 450472
Moises T. Grayson, Esq. FBN 369519

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2018, a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and by U.S. Mail to the following:

| Ricardo Corona, Esq.<br>*Attorneys for William Garay, Plaintiff*<br>899 NW 7 St, Second Floor<br>Miami, FL 33126<br>Email: bk@coronapa.com | Timothy S. Kingcade, Esq<br>Attorneys for Quintin and Maria Larios, Defendants<br>1370 Coral Way<br>Miami, FL 33145<br>Email: scanner@miamibankruptcy.com |
|---|---|
| Maria Yip<br>*Chapter 7 Trustee*<br>2 S. Biscayne Blvd #2690<br>Miami, FL 33131<br>trustee@yipcpa.com | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov |

By: /s/ Isabel V. Colleran
Isabel V Colleran, Esq. FBN 450472
Moises T Grayson, Esq. FBN 369519


