UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**QUINTIN LARIOS**
**MARIA LARIOS**

Case No. 15-15051-RAM
Chapter 7

    Debtor.
_____/

**WILLIAM GARAY**

    Plaintiff,

v.

Adv. Proc. No. 16-01014-RAM

**QUINTIN LARIOS and MARIA LARIOS,**

    Defendant.
_____/

**DEFENDANT'S WITNESS LIST**

The Defendants, **QUINTIN LARIOS and MARIA LARIOS** (hereinafter "Defendants"), by and through undersigned counsel, files their Witness List and state the following:

**WITNESS LIST**

1. The Debtor – Quintin Larios. Anticipated testimony will detail his involvement, administration, and closure of Sunset Larios Restaurant and any records relevant thereto; any dealings either in an individual or business capacity with Soma Corporation and Felipe Valls, Jr.; information and involvement with the North Carolina property and personal property contained therein; the allegations contained in the Complaint, and all information relevant thereto.

2. The Joint Debtor – Maria Teresa Larios. Anticipated testimony will detail her involvement, administration, and closure of Sunset Larios Restaurant and any records

Page 2.

relevant thereto; any dealings either in an individual or business capacity with Soma Corporation and Felipe Valls, Jr.; information and involvement with the North Carolina property and personal property contained therein; the allegations contained in the Complaint, and all information relevant thereto.

3. Carmen Larios – Daughter of the Debtors. Anticipated Testimony will detail involvement and closure of Sunset Larios Restaurant and any records relevant thereto and any dealings as a representative of Sunset Larios Restaurant with Soma Corporation or any other entity.

4. Any and all witnesses on Plaintiff's Witness List.

5. Any and all witnesses the Plaintiff calls at Trial.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via electronic mail this 12th day of October 2018 to: Ricardo Corona, Esq., Counsel for Plaintiff, bk@coronapa.com.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor/Defendants
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
x  Timothy S. Kingcade, Esq., FBN 082309
☐  Wendy Garcia, Esq., FBN 0865478
☐  Jessica L. McMaken, Esq., FBN 580163