UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                         Case No. 15-15051-RAM
QUINTIN LARIOS            Chapter 7
MARIA LARIOS

_____/

WILLIAM GARAY

    Plaintiff                       Adv. No.16-01014-RAM

QUINTIN LARIOS and MARIA LARIOS,
    Defendant
_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[ X] Plaintiff      [ ] Defendant      [ ] Debtor      [ ] Other_____

Date of Hearing/Trial: __October 23, 2018_____

Type of Hearing/Trial: <u>Amended Complaint Objecting to Debtor's Discharge Pursuant to Section 727</u>

SUBMITTED BY: <u>RICARDO CORONA, ESQ</u>
                   Florida Bar No. 111333
                   3899 NW 7th Street, Suite 202-B
                   Miami, FL 33126

                   (Tel.) (305)547-1234

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | 2004 Examination of Maria Larios dated 9/10/2015 | | | RM |
| 2 | 2004 Examination of Quintin Larios dated 9/10/2015 | ✓ | | |

LF-49 (rev. 12/01/09)                    Page 1 of 2

| 3 | Quintin & Maria Larios Chapter 7 Bankruptcy Petition with Schedules and Accompanying Bankruptcy Forms |
|---|---|
| 4 | Proof of Claims- Employees |
| 5 | Lease between Soma Corp. & Sunset Larios, LLC dated 3/14/2001 |
| 6 | Lessor Agreement dated 3/14/2001 With Equipment List |
| 7 | Equipment List |
| 8 | Email thread ending with Chris Descalzo dated 10/29/2014 Re: Wiring Instruction From Landlord: Larios current balance |
| 9 | Email thread ending with Chris Descalzo dated 10/28/2014 Re: Larios balance due to Landlord with Nov/Dec Rent |
| 10 | Sublease Agreement between Sunset Restaurant Group & Casa Larios dated 11/13/2014 |
| 11 | Notice of Default Letter to Casa Larios Dated 10/15/2014 & 3 |
| 12 | Assignment of Lease from Casa Larios, LLC to Sunset Restaurant |

|    |    |
|----|----|
|    | Group dated 11/13/2104 |
| 13 | Guaranties to Lease dated 3/14/2001 |
| 14 | Release of Personal Guaranty Dated 11/13/2014 – Quintin Larios |
| 15 | Release of Personal Guaranty Dated 11/13/2014 – Maria Teresa Larios |
| 16 | Consent to Assignment of Lease Dated 11/13/14 – Intercredit Bank |
| 17 | Soma Corp. Deposit List from 9/14/2014 To 2/28/2015 Regarding Sunset Larios, LLC & Sunset Restaurant Group |
| 18 | Sunset Restaurant Group, Inc Check Register |
| 19 | Letter dated 10/28/14 from Moises T. Grayson to Simon Cruz |
| 20 | Copy of Check #1885 from Valls to Larios for $50, 0000 dated 10/17/14 |
| 21 | Debtors Larios Personal Bank of America Bank Statements for Account ending in 5076 from 8/21/14 to 2/18/15, |
| 22 | Emails between December 2014 To February 2015 Regarding Sale of Equipment & Furniture |

LF-49 (rev. 12/01/09)                                   Page 1 of 2

of Restaurant

| | |
|---|---|
| 23 | Article from Miami Herald dated July 7, 2016 and titled "How the king and queen of Cuban cuisine returned to the kitchen" by Carlos Frias |
| 24 | Sunbiz Corporation Records of Sunset Larios, LLC, Sunset Restaurant Group, Inc., Soma Corporation, and Reina Enterprises, LLC. |
| 25 | Addendum to Commercial Lease dated March 14, 2001 and May 16, 2002 |
| 26 | Email Thread ending with Andy Hessen dated 1/2/2015 Re: Larios Jan. Statement |
| 27 | Email thread ending with Chris Descalzo dated 12/1/14 Re: Sunset Larios |
| 28 | Email thread ending with Chris Descalzo dated 12/19/2014 Re: Sunset Larios |
| 29 | Email thread ending With Chris Descalzo Dated 10/20/2014 Re: Re: Larios Lease |
| 30 | Email thread ending with Chris Descalzo Dated 10/16/14 with Income Statements |





| | |
|---|---|
| 31 | Email thread ending with Chris Descalzo dated 10/31/2014 Subject: Assignment of Lease and payment of Rent through Dec. 2014 |
| 32 | Email thread ending with Chris Descalzo dated 10/23/2014 Re: Larios |
| 33 | Email thread ending with Chris Descalzo dated 10/21/2014 Re: Larios Lease |
| 34 | Email thread ending with Susana Barraque dated 11/10/2014 Re: Assignment of Lease |
| 35 | Second Email thread ending With Chris Descalzo dated 11/10/2014 Re: Assignment of Lease |
| 36 | Email thread ending with Susana Barraque dated 10/29/14 Re: Casa Larios Intercredit Bank Letter |
| 37 | Email thread ending with Chris Descalzo dated 11/10/2014 Re: Wire transfer Larios Current balance |
| 38 | Email thread ending with Andy Hessen dated 11/12/2014 Re: Assignment of Larios |

LF-49 (rev. 12/01/09)                                Page 1 of 2

| | | |
|---|---|---|
| | Lease | |
| 39 | Email from Carmen Larios Dated 12/24/2014 Re: Casa Larios | admitted |
| 40 | Photos of Art in Debtors/Defendants' House | |
| 41 | All Exhibits Listed by Debtors/Defendants | |
| 42 | Rebuttal evidence and Impeachment evidence | |
| 43 | 9/12 — Tax Warrant from | |

Exhibit Register Continuation Page

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
| --- | --- | --- | --- | --- |

LF-49 (rev. 12/01/09)